**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  0:25-cv-62447-WPD**

**MARK HENRY,**

      Plaintiff,

v.

**EXPERIAN  INFORMATION  SOLUTIONS**
**INC, ET AL.,**

      Defendants.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Gregory P. Holder on February 2, 2027 at 9:30 AM (EST), with mediation to occur *via* Zoom.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Florida on March 23, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All counsel of record